No. 458.   CARPENTER *v.* ROHM & HAAS CO., INC.   C. A. 3d Cir.   Certiorari denied.   Petitioner *pro se.   James R. Morford* for respondent.

No. 459.   CARPENTER *v.* ERIE RAILROAD CO.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.   Edward J. McGratty, Jr.* for respondent.

No. 460.   CLEARY *v.* CHICAGO TITLE & TRUST CO. Supreme Court of Illinois.   Certiorari denied.   *Walter F. Dodd* and *John A. Brown* for petitioner.   *Joseph B. Fleming* and *Harold L. Reeve* for respondent.

No. 462.   GIERENS ET AL. *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.   *Everett Jennings* for petitioners.

No. 463.   WABASH RAILROAD CO. *v.* DUNCAN, U. S. DISTRICT JUDGE.   C. A. 8th Cir.   Certiorari denied. *Joseph A. McClain, Jr.* and *Sam B. Sebree* for petitioner. *William A. Franken* for respondent.

No. 466.   STEVENSON *v.* JOHNSON ET AL.   C. A. 5th Cir.   Certiorari denied.   *Dan Moody* for petitioner. *John H. Crooker, John D. Cofer, James V. Allred, Thurman Arnold, Abe Fortas, Alvin J. Wirtz* and *Everett L. Looney* for respondents.

No. 469.   JACKSON *v.* LAMBERT.   C. A. 7th Cir.   Certiorari denied.   *Guy Rogers* for petitioner.   *Edmund F. Ortmeyer* for respondent.

No. 470.   HENSLEY ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Fred A. Ironside, Jr.* for